UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN CASSADAY, | ) | |
|         Plaintiff, | ) | |
| | ) | No. 1:21-cv-708 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| UNITED STATES GOVERNMENT, | ) | |
|         Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 2, 2021                                        /s/  Paul L. Maloney
                                                                                                                        Paul L. Maloney
                                                                                             United States District Judge